**2007–1291. State ex rel. Allen v. Warren Cty. Bd. of Elections.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's request for expedited review,

It is ordered by the court that the motion is granted.

It is further ordered by the court, sua sponte, that an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

Relators shall file his brief and evidence within seven days of the date of this entry, respondents shall file their brief and evidence within seven days after the filing of relator's brief and relator may file a reply brief within three days after filing of respondents' brief.

It is further ordered that service of documents shall be personal or by facsimile transmission as required by S.Ct.Prac.R. XIV(2)(B)(3).

**2007–1495. State ex rel. Ackerman v. State Teachers Retirement Bd. of Ohio.**
Franklin App. No. 06AP–1133, 2007-Ohio-3280. This cause was filed as a discretionary appeal. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Franklin County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2007–1140. Clumm v. Ohio Dept. of Rehab. & Corr.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*August 20, 2007*

[Cite as *08/20/2007 Case Announcements*, 2007-Ohio-4204.]

## MOTION AND PROCEDURAL RULINGS

**2006–2073. Bikkani v. Lee.**
Cuyahoga App. No. 88650. On March 5, 2007, this court found appellant Prasad Bikkani to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On August 13, 2007, Bikkani filed a motion for leave to file a motion to strike the notice of satisfaction.

It is ordered by the court that leave is denied.

**2006–2302. Bikkani v. Lee.**
Cuyahoga App. No. 88650. On March 5, 2007, this court found appellant Prasad Bikkani to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On August 13, 2007, Bikkani filed a motion for leave to file motion to have judgment issued as satisfied.

It is ordered by the court that leave is denied.